Steven T. Gubner – State Bar No. 156593
Joy E. Levy – State Bar No. 215056
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099

Attorneys for Plaintiff Howard Ehrenberg,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>AXIUM INTERNATIONAL, INC.,<br><br>Debtor. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7 |
| HOWARD EHRENBERG, not individually, but solely in his capacity as Chapter 7 Trustee for the estates of Axium International, Inc., et al.,<br><br>Plaintiff,<br><br>v.<br><br>STUDIO DANTE, INC.<br><br>Defendant. | Adv. Case No. 2:09-ap-01176-BB<br><br>**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

PLEASE TAKE NOTICE that pursuant to Rule 7041 of the Rules of Bankruptcy Procedure and Rule 41(a)(1) of the Federal Rules of Civil Procedure, HOWARD EHRENBERG, not individually, but solely in his capacity as Chapter 7 Trustee for the

///
///
///
///

2143.004/153285                    -1-

1  estates of Axium International, Inc., et al. and Plaintiff herein, hereby dismisses the
2  above-captioned adversary proceeding.

4  DATED:  September 14, 2009                Respectfully submitted,
                                             EZRA BRUTZKUS GUBNER LLP

6                                            By:   /s/ Joy E. Levy
                                                   Joy E. Levy
7                                            Special Collection Counsel to Howard
                                             M. Ehrenberg, Chapter 7 Trustee

2143.004/153285                -2-

| In re:<br>AXIUM INTERNATIONAL, INC., et al.,<br>                                    Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:08-bk-10277-BB |
|---|---|
| HOWARD EHRENBERG, Chapter 7 Trustee,<br>          Plaintiff,<br>     vs.<br>Studio Dante,<br>          Defendant. | ADV. NUMBER 2:09-ap-01176-BB |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**:
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 14, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 14, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

*Via U.S. Mail*
Toni M. Davis
Studio Dante
499 Canal Street, Suite 1
New York, NY 10013

*Via U.S. Mail*
Hon. Sheri Bluebond
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 14, 2009 | Nikola A. Fields | [signature] |
|---|---|---|
| Date | Type Name | Signature |

2143.004/153285